IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RACHEAL H. GRANADOS, | ) |
| Plaintiff, | ) CIVIL No.: 2:09-cv-02233-LKK-KJM |
| vs. | ) STIPULATION AND ORDER EXTENDING |
| MICHAEL C. ASTRUE, | ) TIME TO FILE PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security, | ) SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Granados may have an extension of 30 days in which to file her Motion for Summary Judgment. This is Plaintiff's first request. Plaintiff's motion for summary judgment is now due on May 13, 2010.

/

/

/

/

/

GRANADOS, EXT.MSJ
2:09-cv-02233-LKK-KJM

Dated: April 12, 2010

<u>Signed /Ian M. Sammis/</u>
IAN M. SAMMIS
Attorney for Plaintiff, RACHEAL H. GRANADOS

Dated: April 13, 2010

<u>Signed /Elizabeth M. Firer/</u>
ELIZABETH MARY FIRER
Special Assistant United States Attorney
   and Attorney for the Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 19, 2010.

_____
U.S. MAGISTRATE JUDGE

```
GRANADOS, EXT.MSJ
2:09-cv-02233-LKK-KJM
```